IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01699-MSK-MJW

SUN MICROSYSTEMS, INC., a Delaware Corporation,

   Plaintiff,

v.

CUSTOM HARDWARE ENGINEERING & CONSULTING, INC.,
a Delaware Corporation, and
DAVID YORK, an individual,

   Defendants.

---

## ORDER SETTING HEARING UNDER FED.R.CIV.P. 16

---

   THIS MATTER comes before the Court upon a Complaint filed by the Plaintiff alleging the infringement of a patent. It is unclear from the pleadings whether there is a dispute regarding the construction of the patent. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

   **IT IS ORDERED**:

(1)  A hearing is set for **December 20, 2006 at 4:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing.

(2)  No later than **November 15, 2006**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3)  On or before **December 6, 2006**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

   (a)  It shall not contain a signature line for a judicial officer.
   (b)  It shall address the following:
     • Whether a hearing is required under *Markman v. Westview Instruments,*
      *Inc.*, 517 U.S. 370 (1996).

        • What discovery is necessary at each stage of the litigation.

(c)      It shall not address the matters set forth in Section 8 (Case Plan and Schedule), Section 10 (Other Scheduling Issues) or Section 11 (Dates for Further Conferences) of Appendix F.

(4)      At the hearing, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

Dated this 18th day of October, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge

2