IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01699-MSK-MJW

SUN MICROSYSTEMS, INC., a Delaware Corporation,

    Plaintiff,

v.

CUSTOM HARDWARE ENGINEERING & CONSULTING, INC.,
a Delaware Corporation, and
DAVID YORK, an individual,

    Defendants.

---

## ORDER DISMISSING CLAIMS, WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

---

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss With Prejudice **(#24)**. The Defendants ask the Court to grant the motion **(#25)**. Based thereon,

**IT IS ORDERED** that the Motion to Dismiss With Prejudice **(#24)** is **GRANTED**. The Plaintiff's claims are dismissed, with prejudice. Each party shall bear its own attorney fees and costs. The Clerk of Court is directed to close this case.

Dated this 11th day of December, 2006

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      United States District Judge